**FILED**

AUG 15 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH BENEFITS CENTER, STEVE DORFMAN, DOES 1-10 inclusive,<br><br>Defendants. | No. 2:16-cv-01649-JAM-CKD<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS HEALTH BENEFITS CENTER'S AND STEVE DORFMAN'S TIME TO RESPOND TO COMPLAINT (L.R. 144) |

JOHNSON-HENDRICKS v. HEALTH BENEFITS CENTER, et al. (CASE NO.:2:16-cv-01649-JAM-CKD)
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

1  The Court, having received the parties' Stipulation to Extend Defendants Health
2  Benefits Center's and Steve Dorfman's Time to Respond to Complaint, and good cause
3  appearing,

4  IT IS HEREBY ORDERED, that the Stipulation is GRANTED. Defendants shall
5  respond to the Complaint on or before September 26, 2016.

6  SO ORDERED.

8  DATED: 8-15-2016

9  Honorable John A. Mendez

JOHNSON-HENDRICKS v. HEALTH BENEFITS CENTER, et al.   (CASE NO.:2:16-cv-01649-JAM-CKD)
[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT