Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWONESHA JOHNSON-HENDRICKS,** Individually, And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> **HEALTH BENEFITS CENTER, STEVE DORFMAN,** Does 1-10 inclusive**,** <br><br> Defendant. | Case No.  2:16-cv-01649-JAM-CKD <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.  A proposed order has been concurrently submitted to this Court.

Stipulation to Dismiss- 1

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 3rd day of October, 2016

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiffs

By: s/Tomio B. Narita, Esq.
TOMIO B. NARITA
Attorneys for Defendant

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

Filed electronically on this 3rd day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Mendez
United States District Court
Eastern District of California

Tomio B. Narita
Simmonds & Narita, LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94104

This 3rd day of October, 2016

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN

# CERTIFICATE OF SERVICE

Filed electronically on this 3rd day of October, 2016, with:

United States District Court CM/ECF system

Notification sent electronically on this 3rd day of October, 2016, to:

Honorable John A. Mendez
United States District Court
Eastern District of California

Tomio B. Narita
Simmonds & Narita, LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94104

/s/Todd M. Friemdan
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff