UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS, individually and on behalf of other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH BENEFITS CENTER, STEVE DORFMAN, DOES 1-10 inclusive,<br><br>Defendants. | No. 2:16-cv-01649-JAM-CKD<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUNITIVE CLASS** |

The Court, having received the parties Joint Stipulation of Dismissal of Action with Prejudice as to the Named Plaintiff and without Prejudice as to the Putative Class, and good cause appearing,

IT IS HEREBY ORDERED, that the Stipulation is GRANTED. This action is hereby DISMISSED as set forth in the stipulation and the clerk is directed to close the file.

SO ORDERED.

DATED:   12/6/2016                                              /s/ John A. Mendez_____

                                                                                 Honorable John A. Mendez